IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDY LEE SPARKLIN

    Plaintiff,

v.                                    Case 5:13-cv-00235-RS-CJK

KENNETH TUCKER, et al.,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 17). I have reviewed the report and recommendation *de novo*. I have also reviewed Plaintiff's Objections (Doc. 56). The Objections appear largely undiscernible and suffer from the same defects in drafting that are the basis of the Magistrate Judge's recommendation of dismissal.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with Fed. R. Civ. P. 8 and orders of the court.

3. The Clerk is directed to close this case.

**ORDERED** on December 4, 2014.

>   /s/ Richard Smoak
>   **RICHARD SMOAK**
>   **UNITED STATES DISTRICT JUDGE**